JOHN D. MUNDING
MUNDING, P.S.
309 E Farwell Rd, Ste 310
Spokane, WA  99218-1152
John@mundinglaw.com
(509) 624-6464

Attorney for Perkins Coie, LLP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br>JUN DAM, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>vs.<br><br>PERKINS COIE LLP, a Washington limited liability partnership; PERKINS COIE 1, P.C., a Washington corporation registered in California; PERKINS COIE CALIFORNIA, P.C., a California corporation, PERKINS COIE CALIFORNIA II, P.C. a California corporation; and LOWELL NESS, individually<br><br>                Defendants. | No. 20-cv-00464-SAB<br><br>**NOTICE OF APPEARANCE OF CO-COUNSEL JOHN D. MUNDING AND MUNDING, P.S. ON BEHALF OF DEFENDANTS PERKINS COIE, LLP AND LOWELL NESS** |

PLEASE TAKE NOTICE that John D. Munding, of Munding, P.S., hereby appears in the above captioned action on behalf of defendants Perkins Coie LLP and

Lowell Ness as co-counsel for defendants with counsel of record of the law firm of Byrnes, Keller, Cromwell, LLP.

The undersigned counsel is licensed and admitted to practice law before this Court. You are requested and directed to serve all future pleadings or papers, except original process, upon the following attorney at the address indicated and/or utilizing the Court's ECF / PACER electronic service system upon the undersigned at:

> John D. Munding
> Munding, P.S.
> 309 E Farwell Rd, Ste 310
> Spokane, WA 99218-1152
> John@Mundinglaw.com

DATED this 17th day of March, 2021.

> MUNDING, P.S.
>
> */s/ John D. Munding, Attorney*
> JOHN D. MUNDING, WSBA # 21734
> Co-Counsel for Defendant Perkins Coie LLP

## CERTIFICATE OF SERVICE

    I, John D. Munding, attorney and employee of Munding, P.S., hereby certify that on March 17, 2021, a copy of the forgoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties, including Plaintiff's counsel, through the Court's Electronic Case Filing System. Parties may access this filing through the Court's ECF system.

                                        */s/ John D. Munding*
                                        John D. Munding, WSBA#21734